Ernest Freeberg, appellant, v. J. W. Manz, appellee. Gen. No. 36,906.

Opinion filed November 6, 1933.

Abraham Lepine, for appellant; George C. Bliss, of counsel. B. S. Quigley and McKenna, Harris & Schneider, for appellee; James J. McKenna, B. S. Quigley and Abraham W. Brussell, of counsel.

Mr. Justice McSurely delivered the opinion of the court.